# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 23, 2022

Magistrate Judge Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave

RE: *United States v. Montae Jacobs*
Case No. 22-CR-91

Dear Judge Joseph,

Mr. Montae Jacobs appeared before your honor today for an initial appearance. During the hearing, undersigned counsel informed the Court that, after discussing his custodial status, Mr. Jacobs expressed a desire to return to the custody of the Wisconsin Department of Corrections and would sign and file a Waiver of Rights under the Interstate Agreement of Detainers. After meeting with counsel and further discussing the issue, Mr. Jacobs requested to remain under the custody of the Marshals. As such, Mr. Jacobs respectfully requests that the Court issue a Detention Order.

Undersigned counsel discussed this request with the government, AUSA Erica Lounsberry, who is unopposed to this request.

Sincerely,

*/s/ Gabriela A. Leija*
*Counsel for Mr. Montae Jacobs*