Thomas E. Hayes



September 8, 2022

The Honorable Lynn Adelman
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

   Re: United States of America v. Montae D. Jacobs
      Case No.: 22-CR-91

Dear Judge Adelman:

  Please issue an Order returning Mr. Jacobs to State custody with a federal detainer pursuant to Interstate Agreement Of Detainers (Public Law 91-538, 84 Stat. 1397-1403 and in accord with Mr. Jacobs' Waiver of Rights under Interstate Agreement of Detainers signed on August 19, 2022 and on file herein (ECF Doc. # 21)

  Thanking you for your courtesy, I am

  Respectfully,

Thomas E. Hayes
Attorney at Law

TEH:tas

161 W. Wisconsin Avenue
Suite 5196
Milwaukee, WI 53203
414-271-9844
800-839-5840
414-271-4393 Fax
thosehayes@gmail.com
www.attorneytomhayes.com

Attorney at Law