① Your Honor,

U.S. District Court
Wisconsin Eastern
MAR - 8 2023
FILED
Clerk of Court

02/27/23

I'm writing you for several reasons, primarily about me retaining a attorney for my case 2:22-cr-00094-LA. I enclosed verification to you that I'm striving to finalize acquiring a competent attorney for this particular case. This case is inaccurate, deceitful, coerced and overall UNJUST. I know that you are a man of wisdom, I also know that you have seen and/or experienced various things in regards to court proceedings, especially rigged/crooked indictments. I have to stand up for myself and let you know that the FEDS are dirty. To my knowledge I'm only guilty of Ct. 1. All the other fallacies is highly contradictive to the exculpatory evidence I have documented, which was withheld from my discovery. Now I'm not a saint but I NEVER forced, coerced, etc. nobody to sell sex. It's too many girls who chose to do it consentually and I'm very captivating in many ways, therefore I want to vindicate myself. I'm very religious, the spirit tells me to fight! I WILL! It's not fair that when a girl gets mad and/or in a legal bind, she uses the switch n' blame game on a person, who really doesn't deserve charges filed on them, especially on a grand scale like mines. It's CRAZY that a person can give a statement, which permits investigators to build a case of B.S. & get

## Thank You For Your Time & Consideration!

② 10/31/23

a person prosecuted. How many females in this WORLD, especially in this country make BOGUS claims on a person, which are not TRUE? A LOT! I've witnessed so many people revocated on allegations of domestic violence, sexual harassment, etc.; along with charges filed which are eventually dismissed because it wasn't TRUE. A female acted out of SPITE, EMOTIONAL DECISIONS CAUSE DESTRUCTION! Man I should start a petition on CHANGE.org about situations like mines and relevant ones. I've been classified under the WRONG charge(s). I understand it really is some guys who really forcing a girls to prostitute, therefore the crime is generalized/categorized as ONE. That's NOT FAIR. These girls want companionship, security, affection, transportation; deemed consensual until she switches and gets a person in a heap of HELL. Also I'm trying to get my long-time Attorney Mark Tishberg to shadow this case @ trial. He is very familiar about the situation, he also did my revocation hearing relevant to this ordeal. I've known him for about 10 years now. Your HONOR I just need sufficient counseling, my life is on the line. That appointed attorney Thomas Hayes is BOGUS & working with the FEDS, not for me! PERIOD. Financing definitely available for a attorney. My mother is a R.N. @ the V.A. Father a Entrepreneur/Pastor. Take Care, Be Safe & God Bless

Honestly, Mr. Jacobs.

NEVER VISITED ME, NOTHING! AMONGST OTHER RED FLAGS