

## WISCONSIN DEPARTMENT OF CORRECTIONS
Governor Tony Evers / Secretary Kevin A. Carr

Stanley Correctional Institution

# MEMORANDUM

DATE: FEBRUARY 21, 2023

| TO: Jocobs, Montae | 552 698 | 1A |
|---|---|---|

FROM: Records Office – B-Building

SUBJECT: ATTORNEY VIDEO CALL

You must report to the B-Building **10 minutes prior** to the scheduled time of this call.

| DATE OF CALL: | 3/2/2023 |
|---|---|
| TIME OF CALL: | 8:15 AM |
| CALLER: | Attorney: Hart |

** IF YOU TRANSFER TO ANOTHER UNIT OR INSTITUTION, YOU ARE RESPONSIBLE TO NOTIFY STAFF OF THIS CALL **

Court calls are not limited in length. All other calls are limited to 30 minutes.

cc: Inmate

100 Corrections Drive, Stanley, WI 54768-6500 – Phone Number: 715-644-2960

# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
Elizabeth Blair
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Jonathan Greenberg
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Alex Vlisides
Kyle Kent, Diversity Fellow

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

February 8, 2023

Mr. Montae Jacobs
Reg. #552698
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768

Dear Mr. Jacobs,

    I received your letter. Unfortunately, I cannot appoint an attorney to represent you. Our office has a conflict with your case and any appointment is handled by the head of our office in Milwaukee. His name is Craig Albee. I do apologize and I know that Mr. Albee will appoint someone good for you.

Sincerely,

/s/ Joseph A. Bugni

Joseph A. Bugni
Associate Federal Defender

*[Handwritten annotation: "1st attempt? Wondering about conflict, withdrawal of Campion."]*



**Richard H. Hart** • rhart@rhart.com
**Eric R. Hart** • eric@rhart.com
207 East Buffalo Street – Suite 201
Milwaukee, Wisconsin 53202
Tel 414.271.1775 • Fax 414.271.0457
www.rhart.com

February 21, 2023

Mr. Montae D Jacobs
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500

Re: U.S. v. Montae Jacobs

Dear Mr. Jacobs:

My office was contacted about potentially representing you in a federal criminal case. I am happy to meet with you and discuss your case and potentially representing you. I called Stanley Correctional today and set up a Zoom video conference for Thursday, March 2, 2023 at 8:15am. While I wish it was sooner that is the soonest they had available.

I look forward to meeting with you.

Sincerely,

HART LAW OFFICE

Eric R. Hart