LA

① Your Honor,

U.S. District Court
Wisconsin Eastern
MAR 29 2023
FILED
Clerk of Court

03/26/2023

I Montae D. Jacobs indicted with Case 2:22-cr-00091-LA USA; am writing you regarding a motion filed by the government, which asks that I only have contact with my attorney, due to me having illegal and inappropriate communication while in jail.

I ASK THAT THE MOTION BE DENIED! Please like this case with its counts are ABSURD, the FEDS/PROSECUTORS are DIRTY. I fear none but GOD, also nothing lasts FOREVER.

I don't know what I've done illegal! All I ever do is "SPEAK MY MIND", I use my first amendment! I share "my thoughts" via mail/phone calls. NOBODY conspires to do ANYTHING with me! I stand on my beliefs of "FREE IS NEVER"; Whatever a person does they should get paid for it. It's my religion beyond GOD!

I also exercised my beliefs on prostitution purposely to PROVE that a female interest becomes consensual regarding selling sex! The same harmless conversation(s) the government has been monitoring, is exactly the behavior I conducted in society, contrary to the

② I don't even know her from society, I met her while detained in summer of 2021; so how could I possibly traffic her. Oh my GOD, like for real, this indictment MUST BE BEAT/DISMISSED. #EXCULPATORY EVIDENCE

claims of coercion/force used on those so **NOT** CREDIBLE alleged victims. But dam the FEDS (Melissa Far, etc) tried to coerce Jessica Corbett on 11/21/2022 to commit a false claim of Human Trafficking against me. Who's really guilty?! SHE TOLD ME VIA CALL!

Once again I ask that this motion be denied. I feel that when things not going people way, they get desperate and try to do anything to some how temporarily pacify their needs/wants!

I talk to my mother, father, sister, cousins, grandfather, grandmother, friends, etc. Legit Professional WOMEN. I'm also striving to tag along more attorneys for this case. I'm also striving to create awareness and start a campaign for fallacious charges like mines. Like CHANGE.ORG. This not COOL, it's highly irritating! I'm very attractive, articulate, intelligent, etc. I NEVER HAD TO USE NO OTHER TATIC BEYOND CONSENT.

Overall the government wants me SILENCED, they want my RIGHTS to be WRONGED. Thank you for your time Your Honor. Be safe & GOD BLESS YOU! Please excuse me if I was in the wrong in ANY WAY. I got SOMETHING TO PROVE! Thanks for honestly allowing me to Dismiss that crooked Attorney. GOD IS GREAT & WITH ME!!!

Mr. Jacobs