**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

**HEARING MINUTES**

| | |
|---|---|
| Date: 4/25/23 | Dep. Clerk: JD |
| Case No. 22-CR-91 | Ct. Rep: Liberty |
| United States v. Montae Jacobs | Time Called: 1:44 |
| Proceeding: in court hearing | Time Concl: 2:03 |

United States by: Erica Lounsberry
Probation Officer:
Interpreter:
Defendant: Montae Jacobs, in person, and by Attorney Eric Hart

---

Parties unable to reach agreement on communication issue.
Government cites authority for court to issue an order.
Defense indicates there is no statutory authority for order.
Defendant makes statement.
Court indicates it could make a recommendation to the warden, probably has inherent authority to issue an order, takes the issue under advisement today. Court advises defendant to stop these communications
Government notes he may be committing additional federal offenses.
Court sets case for FPT on 8/3/23 @ 10:30, JT on 8/14/23 @ 8:30, and makes speedy trial finding.