U.S. District Court
Wisconsin Eastern

MAY 2 2 2023

FILED
Clerk of Court

Your Honor,

5/16/2023

I Montae D. Jacobs indicted on Case No. 22-CR-91, am requesting to waive my state custody to federal custody for several valid reasons.

At Stanley Correctional Institution I cannot consistently follow up on my legal matters, due to shortage of staff; which causes limited dayroom time, limited movement; limited phone calls (200 minutes per week); also I only have had once chance to view the latest discoveries submitted; I didn't even view it because I didn't have the password.

I notified my lawyer Eric Hart that I wanted to be waived for about a month! Thank You for your time, be safe & God Bless You.

Honestly,

Montae Jacobs

Mr. Montae D. Jacobs #552698
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54708

SAINT PAUL MN 550

17 MAY 2023 PM 3 FOREVER US

Barn Swallow

ATTN/OPEN: Honorable Judge Lynn Adelman
Federal East District Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

53202-451189