Your HONOR,                                                                06/13/23

As you may notice, I'm using not needed paper to write you. I'm in Restrictive Housing. I'm unable to get things out of my property within a timely manner per se writing paper. Today I received mail from my attorney for plea deals; its CRAZY. I notice a lot of things that I don't recall happening, even some of the facts mentioned to prove with by the government, contradict the witnesses statements to agents. I'm not going to lie, facing all this TIME is freightning. Its people who commit murder, etc. and face less time then this particular crime. Man I don't know what to, time is ticking. Here at Stanley, I never could do anything since November, 2022. I've viewed my discovery to collect exculpatory measures but now that was in federal holding.(2022) The time here doesn't HELP me nor prepare to any degree, esp. now I can't even use the phone to call ANYONE. I feel that staff here @ S.C.I. did this on purpose knowing my preparation for trial was coming. I'm not no saint but its stuff I NEVER did, FACTS. I couldn't help but laugh when they said AV-2 was limited to a candy bar, single cigarette, etc NOT TRUE AT ALL! ANY GIRL I DEALT WITH ALWAYS KEPT $ ON THEIR PERSON FOR ESSENTIAL NEEDS, ETC. It's like THE FEDS TRYING TO MAKE ME OUT AS A MONSTER, AS FOR THE JV-1, I NEVER MET HER (NEVER) ON MY SOUL. IT'S ON THE PHONE CALL LIKE THE VERY BEGINNING TIMES OF CALLING HER. ITS SOME PARTS OF THE DISCOVERY THAT NEVER WORKED? Honestly I may deserve to do some time but not what's being recommended. I understand that its a dirty world and what goes around comes around. Let GOD be my witness! I'm sure its all type of evidence being withheld. It takes 2-3 weeks just for my lawyer to get a call with me here. My anxiety so bad I can't help but write as if I'm pro se, I'm restricted and before the hole it was modified restriction. REALLY I'M READY FOR TRIAL I'M JUST FACING A LOT OF TIME I DON'T DESERVE.                TAKE CARE & GOD BLESS YOU      Honestly
                                                                           [signature]

U.S. District Court
Wisconsin Eastern
JUN 16 2023
[Clerk of Court]