

Tom Hayes <thosehayes@gmail.com>

## Activity in Case 2:22-cr-00091-LA USA v. Jacobs Status Conference
1 message

ecfmaster@wied.uscourts.gov <ecfmaster@wied.uscourts.gov>   Fri, Jan 20, 2023 at 1:35 PM
To: ecfmaster@wied.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Eastern District of Wisconsin**

### Notice of Electronic Filing

The following transaction was entered on 1/20/2023 at 1:35 PM CST and filed on 1/20/2023
**Case Name:** USA v. Jacobs
**Case Number:** 2:22-cr-00091-LA
**Filer:** Dft No. 1 - Montae D Jacobs
**Document Number:** 38

**Docket Text:**
**Minute Entry for proceedings held before Judge Lynn Adelman: Status Conference as to Montae D Jacobs held on 1/20/2023. In Court Hearing set for 2/17/2023 at 01:30 PM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. Defendant to be produced. (Court Reporter Sue Armbruster) (cc: all counsel, usms, probation)(kmr)**

Handwritten annotations:
rhart@rhart.com
Richard H. Hart
Eric R. Hart
eric@rhart.com
207 East Buffalo St. #201
Mil, WI 53202
(414) 271-1775

**2:22-cr-00091-LA-1 Notice has been electronically mailed to:**

Erica J Lounsberry &nbsp &nbsp erica.lounsberry@usdoj.gov, andrea.thompson@usdoj.gov, CaseView.ECF@usdoj.gov, laura.gerum@usdoj.gov, lisa.luetke@usdoj.gov

John W Campion (Terminated) &nbsp &nbsp john_campion@fd.org, arden_york@fd.org, jolynn_blei@fd.org, lillian_cruz@fd.org, nat_henak@fd.org

Thomas E Hayes &nbsp &nbsp thosehayes@gmail.com

**2:22-cr-00091-LA-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001523647 [Date=1/20/2023] [FileNumber=4486263-0
] [1a1c8c6c9de6f246c1c293fc53eacd13fca5c05d460a04965f567e99875fefd2e73
d3c17876432d956dc5b2e84cba6475d84887210d9a871e2f8202a984fdf6a]]