Your HONOR,    TRUTH BE TOLD    [FILED NOV 20 2023 U.S. District Court Wisconsin Eastern, Clerk of Court]    11·14·2023

Sir, it's me; Montae Derion Jacobs; Date of Birth 08-16-1990; Case No. 22-CR-91.

ISSUES/CONCERNS:
Currently I'm experiencing issues to whereas D.O.C. staff, particularly Mr. Van Ertz and Ms. Hagins, won't let me view my discovery. I've patiently waited and have received limited response. It's been 8 weeks plus, since I've requested to view the discovery. This affects me and my legal issue in various ways. It's definitely mental anguish, unneeded stress, anxiety, pain and suffering, etc. Yet alone legal damage. The staff members listed above are assigned to "legal" programming.

I needed to let you know what's going on. Some adjustments need to be made. I informed my lawyer Mark Tishberg of the issue and I'm expecting him to contact those D.O.C. staff members A.S.A.P.

Otherwise regarding those superseeding charges, they are PATHETIC! They are THIRSTY, DESPERATE, BOTCHED. I sense and been knew things are going to fall apart like a pop tart for the D.O.J. come trial. For every claim, I got a counter. The prosecution already been exposed of lies. I understand that Ms. Lounsberry just doing her job, representing the D.O.J. "bogus" tactics, information, etc. Everything worth 0. I never was worried about the original mandatory minimums, them been exposed and WILL NOT HOLD UP! I got GOD, nobody can beat him. I'm blessed with

ANGELS fighting with me, in the fight of my life.

Though I don't insist or intend to do a jury trial. I wish and hope that some people who had a chance to WIN trial but lacked knowledge and/or finances for legal defense; knew that the 14th Amendment of the U.S. Constitution gives a man or woman a "RIGHT" to be tried by his peer group. A peer is a person from a similar economic, social, religious, geographical, environmental, historical and racial background. To do this the court will be forced to select a jury from the black community from which the black defendant came. Blacks have been, and are being tried by most if not all white juries that have no understanding of the average reasoning man of the black community.

I would NEVER do a jury trial forced to select people from the western hemisphere of WISCONSIN. I'm not racist or bias, but people sure are. I'M NOT STUPID. I won't be judged out of hate, false beliefs, anger, hastyness and/or any element of the mentioned!

Everything is by design. I know the D.O.J. knows that vast majority of prostitutes are willing to work with somebody. It's somebody for everybody; accepting of one another, it's rifely called a MATCH. The D.O.J. is aware that prostitutes (most) will blame somebody for their actions and possibuly (more than likely) return to their actions and/or common ways. I commend escorts who hold their weight,

meaning don't lie, switch or blame; when a legal ordeal arises. I'm done dealing with prostitutes honestly, however I will do my BEST to organize a non-profit combatting unjust, spiteful women. "SHE LIED". The BIBLE says "Hell have no fury like a scorn woman". The BIBLE also says out of all men I would find one righteous one, but out of all women I could find none. Many men lives have been ruined because of a lying BXXCH! I'm so tired! People take things in LIFE for granted, they soul has been SOLD and they on a 1st CLASS TICKET to HELL. Excuse me but the spirit is in me!

The D.O.J. is twisting meanings and sayings, to what they think it means. White people say door, four, whore, etc. Black people (urban) say do', fo', ho, etc. All equivalent of the same meaning. Kathy is a whore, she would be called for having multiple sex partners, maybe even called a cunt. Would she really be wrong for getting paid to have sex with multiple people? Why is it when a female gets busted in a sting, she's released with a citation?; when claiming independent. However when a male is mentioned in involvement of her activity, she let go, he prosecuted and know now she being coerced by authorities to cooperate. In most sex cases, the D.O.J. are the ones committing force, coercion and/or fraud. The B.S. MUST STOP. Lord LET ME BE THE ONE TO DO IT!

Tatics/Antics of F.B.I.
- Eavesdropping
- Bogus Mail
- Black propaganda operations
- Harassment arrests
- Infiltrators and agent provocateurs
- Pseudo gangs
- Bad Jacketing
- Fabrication of evidence
- Assassination

I recently seen on NEWS NATION 11/10/2023; a PROSTITUTION RING tied to POLITICIANS and other HIGH-PROFILE people such as Doctors, Accountants, ~~Scientest~~ Scientists, Soldiers, Military Officials, Lawyers, Government workers/contractors, etc. Activities occuring in the east coast from Boston, MA; Fairfax, VA; Watertown, NY; Washington D.C. Girls charging $350-600 hr. through a brothel network

I'm not judging nobody. All parties seemed SATISFIED. My point is somebody of HIGH-RANK will always engage in activity that's deemed inappropriate and/or illegal. Sex sells, SEX is the most craved desire above money. SEX fuels a person to get what he or she wants or has! SEX gives motivation and relief. I'm not making a mockary on my issue or none else, I'm being HONEST. Is the problem that UNCLE SAM not getting his share/cut?

Pg. 5.

So many marriages have been saved because Linda at home won't do what the mistress and/or prostitute does. Its many affluent men and women who pay for sexual encounterances. Hell they even caught Robert Kraft in a brothel disguised spa parlor.

Many women and men marry each other, its not out of TRUE LOVE. Its for financial security and benefits. You also got people with each other because its the obvious they got something each other wants. He may have tons of $ and she may be super sexy and freaky, Its basically like he paying for sex on a subscription plan. Everything comes down to perception and I'm pretty acute, logical and translucent with mines.

I made some poor decisions, that I won't make no more I really do possess strong influence and intelligence. With the law of attraction, I want to use it legitimately.

Last but not least your HONOR. I need the calls being withheld by the D.O.J. before trial starts. October 2021- December 2021 was withheld, Its withheld for a REASON. I know I have helped the prosecution make adjustments to their case, I'm ah TEAR IT APART. I'm ready for all the B.S. from information to staged confessions of witnesses, hell I bet somebody I NEVER seen before get on the stand, swearing they know me like JV-1. This is funny, repugnant! I'll have my lawyer get the calls from Kim Murphy, Records Supervisor here @

S.C.I. I've talked to her already about this. A legal rep. has to get them, I can't! Something con-man Atty. Eric Hart was instructed to do but never did, amongst many other things.

Last thing, PLEASE allow my lawyer sufficient time to get caught up on things. Thank You and God Bless You.

Honestly,
Montae Jacobs

Mr. Montae D. Jacobs # 552698
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768

SAINT PAUL MN 550
15 NOV 2023 PM 2 L



U.S. District Court
Wisconsin Eastern
NOV 20 2023
RECEIVED
Clerk of Court



ATTN/OPEN: Honorable Judge Lynn Adelman
WI Eastern District Federal Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

53202-451189