# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __WISCONSIN__

UNITED STATES OF AMERICA

v.

MONTAE D. JACOBS

**EXHIBIT AND WITNESS LIST**

Case Number: 22-CR-91-LA

| PRESIDING JUDGE<br>Hon. Lynn Adelman | | | PLAINTIFF'S ATTORNEY<br>AUSA Erica J. Lounsberry<br>AUSA Kate M. Biebel | | DEFENDANT'S ATTORNEY<br>Attorney Mark S. Tishberg |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>April 1, 2024 - | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| **A. PHOTOS OF PLACES** | | | | | |
| 1. | | | | ✓ | 626 Sherman Avenue (Christopher Michalski) |
| 2. | | | | ✓ | 1525 N 24th Street (Cherry Court_Jacobs grandfather) |
| 3. | | | | | 1551 N 9th Street (Walnut Park Apartments) |
| 4. | | | | | 1602 N 10th Street (Walnut Park Apartments) |
| 5. | | | | ✓ | 2156 N 36th Street (Uncle Al_Jacobs cuts GPS) |
| 6. | | | | | 2626 W Lincoln Avenue (Juan) |
| 7. | | | | ✓ | 3456 N. 84th Street (Montia Jacobs) |
| 8. | | | | ✓ | 3880 N 18th Street (Uncle Al) |
| 9. | | | | ✓ | 4112 N 14th Street (texts with Trick 3-27-21) |
| 10. | | | | | Best Western Milwaukee Airport |
| 11. | | | | | Best Western West Milwaukee |
| 12. | | | | ✓ | BP Gas Station at S 9th St and W National Ave (where AV1 met Jacobs) |
| 13. | | | | | N 38th and W Villard (Uncle Chuck) |
| 14. | | | | ✓ | Towneplace Suites Oak Creek |
| 15. | | | | | Villa Vista Motel |
| **B. ADS** | | | | | |
| **Megapersonals** | | | | | |
| 16. | | | | | 2021-03-16_Authentic Fun_-5894_AV1 |
| 17. | | | | | 2021-03-24_Authentic Fun_-5894_AV1 |

| | | | | | |
|---|---|---|---|---|---|
| | **Skipthegames** | | | | |
| 18. | | | | ✓ | 2021-01-16_three ads_AV1 face pics |
| 19. | | | | | 2021-01-22_Come Get It Now or Never_Mia_AV1 face pics and other girls |
| 20. | | | | | 2021-03-16 Ads_The Total Package_Megan_AV1 |
| 21. | | | | ✓ | 2021-04-21 Ads_The Total Package_Megan_AV1 |
| 22. | | | | | 2021-04-30_God Bless America_Caroline and friend_AV1 |
| 23. | | | | | 2021-05-01 Ads_God Bless America_Caroline and friend_AV1 |
| 24. | | | | | 2021-05-10 Ads_God Bless America_Caroline and friend_AV1 |
| 25. | | | | ✓ | 2021-05-11 Ads_God Bless America_Caroline and friend_AV1 |
| 26. | | | | ✓ | Posts from globalenterprises4ever_2019 |
| 27. | | | | ✓ | Posts from grammytamie_2021 |
| **C. AV2 SCREENSHOTS** | | | | | |
| 28. | | | | | Screenshot of Missed Jail Calls 1-28-22 |
| 29. | | | | ✓ | Screenshots of Texts to AV1 1-24-22 |
| **D. HOTELS** | | | | | |
| 30. | | | | ✓ | Best Western MKE Airport_4-28-21 to 5-6-21_Montae Jacobs |
| 31. | | | | ✓ | Hyatt Regency Downtown_4-14-21 to 4-16-21_Montae Jacobs |
| 32. | | | | | Motel 6 Glendale_7-17-19 and 4-24-21_Jacobs |
| **E. JACOBS PRO SE LETTERS TO THE COURT** | | | | | |
| 33. | | | | ✓ | Jacobs Pro Se Letter 3-26-23 (ECF 49) |
| 34. | | | | ✓ | Jacobs Pro Se Letter 6-12-23 (ECF 55) |
| 34A | | | | | Lyrics_JaRule_Down 4 U |
| **F. JACOBS JAIL CALLS AND TRANSCRIPTS** | | | | | |
| | **Milwaukee County Jail** | | | | |
| 35. | | | | | MCJ_8-1-21_17:28_JV1_entire call |
| 35A | | | | ✓ | MCJ_8-1-21_17:28_JV1_clip 1:49-3:54 |
| 35AA | | | | | MCJ_8-1-21_17:28_JV1_clip 1:49-3:54_transcript |
| 35B | | | | ✓ | MCJ_8-1-21_17:28_JV1_clip 10:10-10:41 |
| 35BB | | | | | MCJ_8-1-21_17:28_JV1_clip 10:10-10:41_transcript |
| 36. | | | | | MCJ_8-10-21_12:39_JV1_entire call |
| 36A | | | | ✓ | MCJ_8-10-21_12:39_JV1_clip 16:10-19:17 |
| 36AA | | | | | MCJ_8-10-21_12:39_JV1_clip 16:10-19:17_transcript |
| 36B | | | | ✓ | MCJ_8-10-21_12:39_JV1_clip 19:23-end |

| | | | | | |
|---|---|---|---|---|---|
| 36BB | | | | | MCJ_8-10-21_12:39_JV1_clip 19:23-end_transcript |
| 37. | | | | | MCJ_8-11-21_12:28_JV1_entire call |
| 37A | | | | ✓ | MCJ_8-11-21_12:28_JV1_clip_7:55-end |
| 37AA | | | | | MCJ_8-11-21_12:28_JV1_clip_7:55-end_transcript |
| 38. | | | | | MCJ_8-11-21_15:52_JV1_entire call |
| 38A | | | | ✓ | MCJ_8-11-21_15:52_JV1_clip 10:25-11:20 |
| 38AA | | | | | MCJ_8-11-21_15:52_JV1_clip 10:25-11:20_transcript |
| 38B | | | | ✓ | MCJ_8-11-21_15:52_JV1_clip 12:56-13:22 |
| 38BB | | | | | MCJ_8-11-21_15:52_JV1_clip 12:56-13:22 transcript |
| 39. | | | | | MCJ_8-12-21_12:34_JV1_entire call |
| 39A | | | | ✓ | MCJ_8-12-21_12:34_JV1_clip 1:39-5:25 |
| 39AA | | | | | MCJ_8-12-21_12:34_JV1_clip 1:39-5:25_transcript |
| 39B | | | | ✓ | MCJ_8-12-21_12:34_JV1_clip 9:16-10:30 |
| 39BB | | | | | MCJ_8-12-21_12:34_JV1_clip 9:16-10:30_transcript |
| 39C | | | | ✓ | MCJ_8-12-21_12:34_JV1_clip 10:57-17:41 |
| 39CC | | | | | MCJ_8-12-21_12:34_JV1_clip 10:57-17:41_transcript |
| 40. | | | | | MCJ_8-13-21_16:40_JV1_entire call |
| 40A | | | | ✓ | MCJ_8-13-21_16:40_JV1_clip 1:34-end |
| 40AA | | | | | MCJ_8-13-21_16:40_JV1_clip 1:34-end_transcript |
| 41. | | | | ✓ | List of Calls from MCJ to JV1's phone number_38 missed calls Aug 2021 |
| **Waukesha County Jail** | | | | | |
| 42. | | | | | WCJ_8-9-21_20:16_JV1_entire call |
| 42A | | | | ✓ | WCJ_8-9-21_20:16_JV1_clip 0:54-end |
| 42AA | | | | | WCJ_8-9-21_20:16_JV1_clip 0:54-end_transcript |
| 43. | | | | | WCJ_8-16-21_17:39_Regina Smith_entire call |
| 43A | | | | ✓ | WCJ_8-16-21_17:39_Regina Smith_clip 5:40-6:22 |
| 43AA | | | | | WCJ_8-16-21_17:39_Regina Smith_clip 5:40-6:22_transcript |
| 43B | | | | ✓ | WCJ_8-16-21_17:39_Regina Smith_clip 13:17-end |
| 43BB | | | | | WCJ_8-16-21_17:39_Regina Smith_clip 13:17-end_transcript |
| 44. | | | | | WCJ_8-16-21_17:55_Montia Jacobs_entire call |
| 44A | | | | ✓ | WCJ_8-16-21_17:55_Montia Jacobs_clip 1:15-end |
| 44AA | | | | | WCJ_8-16-21_17:55_Montia Jacobs_clip 1:15-end_transcript |
| **Dodge County Detention Facility** | | | | | |

| # | | | | | Description |
|---|---|---|---|---|---|
| 45. | | | | | DCDF_9-14-21_11:04_Regina Smith and Cookie_entire call |
| 45A | | | | ✓ | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 2:43-3:54 |
| 45AA | | | | | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 2:43-3:54_transcript |
| 45B | | | | ✓ | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 5:45-8:08 |
| 45BB | | | | | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 5:45-8:08_transcript |
| 45C | | | | ✓ | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 8:38-11:22 |
| 45CC | | | | | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 8:38-11:22_transcript |
| 45D | | | | ✓ | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 11:57-15:23 |
| 45DD | | | | | DCDF_9-14-21_11:04_Regina Smith and Cookie_clip 11:57-15:23_transcript |
| 46. | | | | | DCDF_10-10-21_16:47_AV3_entire call |
| 46A | | | | ✓ | DCDF_10-10-21_16:47_AV3_clip 8:34-10:19 |
| 46AA | | | | | DCDF_10-10-21_16:47_AV3_clip 8:34-10:19_transcript |
| 46B | | | | ✓ | DCDF_10-10-21_16:47_AV3_clip 11:30-12:46 |
| 46BB | | | | | DCDF_10-10-21_16:47_AV3_clip 11:30-12:46_transcript |
| **Stanley Correctional Institution** | | | | | |
| 47. | | | | | SCF_1-1-22_14:22_AV1_entire call |
| 47A | | | | ✓ | SCF_1-1-22_14:22_AV1_clip 1:09-2:42 |
| 47AA | | | | | SCF_1-1-22_14:22_AV1_clip 1:09-2:42_transcript |
| 48. | | | | | SCF_1-1-22_18:55_AV1_entire call |
| 48A | | | | ✓ | SCF_1-1-22_18:55_AV1_clip 9:49-12:12 |
| 48AA | | | | | SCF_1-1-22_18:55_AV1_clip 9:49-12:12_transcript |
| 48B | | | | ✓ | SCF_1-1-22_18:55_AV1_clip 14:51-15:19 |
| 48BB | | | | | SCF_1-1-22_18:55_AV1_clip 14:51-15:19_transcript |
| 49. | | | | | SCF_1-2-22_10:41_AV1_entire call |
| 49A | | | | ✓ | SCF_1-2-22_10:41_AV1_clip 0:34-3:11 |
| 49AA | | | | | SCF_1-2-22_10:41_AV1_clip 0:34-3:11_transcript |
| 50. | | | | | SCF_1-3-22_20:06_AV1_entire call |
| 50A | | | | ✓ | SCF_1-3-22_20:06_AV1_clip 10:43-12:48 |
| 50AA | | | | | SCF_1-3-22_20:06_AV1_clip 10:43-12:48_transcript |
| 51. | | | | | SCF_1-5-22_15:22_Uncle Al_entire call |
| 51A | | | | ✓ | SCF_1-5-22_15:22_Uncle Al_9:19-10:50 |
| 51AA | | | | | SCF_1-5-22_15:22_Uncle Al_9:19-10:50_transcript |
| 52. | | | | | SCF_1-5-22_18:49_RW_entire call |

| | | | | | | |
|---|---|---|---|---|---|---|
| 52A | | | | | ✓ | SCF_1-5-22_18:49_RW_clip 1:51-7:42 |
| 52AA | | | | | | SCF_1-5-22_18:49_RW_clip 1:51-7:42_transcript |
| 53. | | | | | | SCF_1-5-22_20:35_Uncle Al_entire call |
| 53A | | | | | ✓ | SCF_1-5-22_20:35_Uncle Al_clip 13:11-19:07 |
| 53AA | | | | | | SCF_1-5-22_20:35_Uncle Al_clip 13:11-19:07_transcript |
| 54. | | | | | | SCF_1-7-22_15:00_AV1_entire call |
| 54A | | | | | ✓ | SCF_1-7-22_15:00_AV1_clip 7:04-8:18 |
| 54AA | | | | | | SCF_1-7-22_15:00_AV1_clip 7:04-8:18_transcript |
| 55. | | | | | | SCF_5-7-22_09:10_Cookie_entire call |
| 55A | | | | | ✓ | SCF_5-7-22_09:10_Cookie_clip 2:17 to end (7:09) |
| 55AA | | | | | | SCF_5-7-22_09:10_Cookie_clip 2:17 to end (7:09)_transcript |
| **G. JACOBS JAIL EMAILS** | | | | | | |
| 56. | | | | | ✓ | Email to Ashley Asbury_Even Exchange_3-8-22 |
| 57. | | | | | ✓ | Email to Ashley Deyoung_5-17-22 |
| 58. | | | | | ✓ | Email to AV1_Its Easy_3-31-22 |
| 59. | | | | | ✓ | Email to AV1_When The Time Right_3-31-22 |
| 60. | | | | | ✓ | Email to AV4 (Count 12)_3-13-23 |
| 61. | | | | | ✓ | Email to AV4_BU$INESS_3-7-23 |
| 62. | | | | | ✓ | Email to AV4_Facts and Appreciation_3-13-23 |
| 63. | | | | | ✓ | Email to AV4_Good Morning Baby_3-11-23 |
| 64. | | | | | ✓ | Email to AV4_Real Talk_3-10-23 |
| 65. | | | | | ✓ | Email to AV4_Thoughts Desires_3-10-23 |
| 66. | | | | | ✓ | Email to Heaven Taylor_Hey You_3-11-22 |
| 67. | | | | | ✓ | Email to Jaida Pond_6-15-22 |
| 68. | | | | | ✓ | Email to Jaida Pond_7-18-22 |
| 69. | | | | | ✓ | Email to Jaida Pond_Ayeyo_4-6-22 |
| 70. | | | | | ✓ | Email to Jaida Pond_How Im feeling about you_2-10-23 |
| 71. | | | | | ✓ | Email to Jaida Pond_Nbs_4-2-22 |
| 72. | | | | | ✓ | Email to Shayvon Bradford_7-10-22 |
| 73. | | | | | ✓ | Email to Shayvon Bradford_7-11-22 |
| 74. | | | | | ✓ | Email to Shayvon Bradford_7-11-22_2 |
| 75. | | | | | ✓ | Email to Shayvon Bradford_7-26-22 |
| 76. | | | | | ✓ | Email to taylorkarma51_Level Up Transition_2-8-23 |

## H. JACOBS JAIL LETTERS

| | | | | | |
|---|---|---|---|---|---|
| 77. | | | | ✓ | Letter to AV1 obtained from Meta House (Michael Peterson)_6-2-21 |
| 78. | | | | ✓ | Letter to AV1 obtained from Meta House (Michael Peterson)_6-21-21 |
| 79. | | | | ✓ | Letter to AV1 obtained from Meta House (Michael Peterson)_7-8-21 |
| 80. | | | | ✓ | Letter to AV1 obtained from Meta House (Michael Peterson)_8-1-21 |
| 81. | | | | ✓ | Letter to AV1 obtained from Meta House (Michael Peterson)_undated |
| 82. | | | | ✓ | Letter to AV1 obtained from Nick Wintergerst_8-9-21 |
| 83. | | | | ✓ | Letter to AV1 obtained from Nick Wintergerst_8-10-21 |
| 84. | | | | ✓ | Letter to AV1 obtained from Nick Wintergerst_8-15-21 |
| 85. | | | | ✓ | Letter to AV1 obtained from Nick Wintergerst_9-14-21 |
| 86. | | | | | Letter to AV1 obtained from Nick Wintergerst_9-29-21 |
| 87. | | | | ✓ | Letter to AV3 (Count 5)_10-3-21 |
| 88. | | | | ✓ | Letter to AV3 (Count 6)_10-12-21 |
| 89. | | | | ✓ | Letter to AV3 (Count 7)_10-18-21 |
| 90. | | | | ✓ | Letter to AV3 (Count 8)_11-7-21 |
| 91. | | | | ✓ | Letter to AV3 (Count 9)_11-10-21 |
| 92. | | | | ✓ | Letter to AV3 (Count 10)_11-21-21 |
| 93. | | | | ✓ | Letter to AV4 (Count 11)_3-8-23 |
| 94. | | | | ✓ | Letter to AV4 (Count 13) 3-14-23 |
| 95. | | | | | Letter to Regina Smith_hoes like to be sold a dream_6-5-22 |

## I. PHONES

### AV1 iPhone 8 in green sparkle case

| | | | | | |
|---|---|---|---|---|---|
| 96. | | | | ✓ | Native Msgs_Jacobs -0449_AV2 and her friend_5-4-21 |
| 97. | | | | ✓ | Native Msgs_Jacobs -0449_date where trick gets spooked at BW_4-30-21 |
| 98. | | | | ✓ | Native Msgs_Jacobs -0449_don't come fucking up my $_5-4-21 |
| 99. | | | | ✓ | Native Msgs_Jacobs -0449_extensive threats during date_5-2-21 |
| 100 | | | | ✓ | Native Msgs_Jacobs -0449_going to make $ with AV2_5-4-21 |
| 101 | | | | | Native Msgs_Jacobs -0449_need a bitch on automatic_4-28-21 |
| 102 | | | | ✓ | Native Msgs_Jacobs -6850_events leading to arrest_5-11-21 |
| 103 | | | | ✓ | Native Msgs_Jacobs -6850_msgs about trick with -4688 number_5-10-21 |
| 104 | | | | | Photo_AV1 Foot Injury_side view |
| 105 | | | | | Photo_AV1 Foot Injury_top view |
| 106 | | | | | Voicemail from Dad_5-11-21 |

| | | | | | |
|---|---|---|---|---|---|
| **Jacobs black UMX phone** | | | | | |
| 107 | | | | | Calls_all_5-11-21 |
| 108 | | | | ✓ | Email_YesBackpage account activation_1-16-21 |
| 109 | | | | ✓ | Texts to AV1_where are you_5-11-21 |
| 110 | | | | ✓ | Web History_YesBackpage_1-16-21 |
| **Jacobs iPhone SE in red case** | | | | | |
| 111 | | | | | Extraction Summary_Device Info |
| 112 | | | | | Calls_all_5-11-21 |
| 113 | | | | | Calls with AV2_all |
| 114 | | | | ✓ | Email_EroticMonkey_sexy1_4ever account registration_1-16-21 |
| 115 | | | | | Email_jadebliss4u_Money Profit For You_6-12-19 |
| 116 | | | | | Email_YesBackpage_account activation_1-16-21 |
| 117 | | | | ✓ | Emails_grammytamie_Skipthegames_all (welcome email 1-16-21) |
| 118 | | | | | Instant Messages AV2_4-11-21 to 4-26-21 |
| 119 | | | | ✓ | Instant Msgs_Jacobs asking AV1 to get him out of trouble_5-11-21 |
| 120 | | | | | Instant Msgs_Nick Wintergerst_5-11-21 |
| 121 | | | | | Instant Msgs_Travelocity automated confirmations |
| 122 | | | | ✓ | Photo of CJ Gun in Drawer and metadata_5-11-21 |
| 123 | | | | ✓ | Photo of CJ Gun on Bed and metadata_5-11-21 |
| 124 | | | | ✓ | TextNow_-0109_missed date right before arrest_5-11-21 |
| 125 | | | | ✓ | TextNow_-1298_anal_Best Western_5-1-21 |
| 126 | | | | ✓ | TextNow_-1387_date at Cherry Court_3-16-21 |
| 127 | | | | ✓ | TextNow_-1458_photos of AV1 and AV2_party favors_4-21-21 |
| 128 | | | | | TextNow_-1586_I know hell of bunnies_5-11-21 |
| 129 | | | | ✓ | TextNow_-2054_anal_Walnut Park_3-1-21 |
| 130 | | | | ✓ | TextNow_-3394_setting up date immediately before arrest_5-11-21 |
| 131 | | | | ✓ | TextNow_-4688_yall managed to attract a crowd_5-10-21 |
| 132 | | | | | TextNow_-8537_management agency_male business partner_5-11-21 |
| 133 | | | | ✓ | TextNow_-8558_pt 1_trick offers 160 for Megan_photos of AV1_4-5-21 |
| 134 | | | | ✓ | TextNow_-8558_pt 2_trick recognizes Red_Megan asleep_4-10-21 |
| 135 | | | | ✓ | TextNow_Action West Allis_Hyatt_photo of AV2_4-16-21 |
| 136 | | | | | TextNow_Big Spender_Frank_all |

| # | | | | ✓ | Description |
|---|---|---|---|---|---|
| 137 | | | | ✓ | TextNow_Bluemound_pt 1_photos of AV1 and Maddy_5-1-21 |
| 138 | | | | ✓ | TextNow_Bluemound_pt 2_Maddy freaked out_5-1-21 |
| 139 | | | | ✓ | TextNow_Bluemound_pt 3_have to convince Maddy_5-1-21 |
| 140 | | | | ✓ | TextNow_Scott_knows it is not AV1_Jacobs eventually admits it_all |
| 141 | | | | | User Accounts_all |
| 142 | | | | ✓ | Web Bookmarks (STG) |
| 143 | | | | | Web History for STG |
| **Jacobs LG Stylo 6** (*exhibits from this device are in UTC time*) | | | | | |
| 144 | | | | ✓ | Instant Messages with AV1 (-0740)_do u like her_4-11-21 |
| 145 | | | | ✓ | Instant Messages with AV1 (-0740)_on a money call with Cal and Red_4-12-21 |
| 146 | | | | ✓ | Instant Messages with AV1 (-0740)_threats to send CJ videos_just business_4-12-21 |
| 147 | | | | ✓ | Instant Messages with AV1_texts threatening to call PO and send videos and ads_3-24-21 |
| 147A | | | | ✓ | Instant Messages with AV1_threatening_audio message 1_3-24-21 |
| 147B | | | | ✓ | Instant Messages with AV1_threatening_audio message 2_3-24-21 |
| 147C | | | | | Instant Messages with AV1_threatening_audio message 3_3-24-21 |
| 147D | | | | | Instant Messages with AV1_threatening_MMS 1_3-24-21 |
| 147E | | | | | Instant Messages with AV1_threatening_MMS 2_3-24-21 |
| 147F | | | | | Instant Messages with AV1_threatening_MMS 3_3-24-21 |
| 147G | | | | | Instant Messages with AV1_threatening_MMS 4_3-24-21 |
| 147H | | | | | Instant Messages with AV1_threatening_MMS 5_3-24-21 |
| 147I | | | | | Instant Messages with AV1_threatening_MMS 6_3-24-21 |
| 147J | | | | | Instant Messages with AV1_threatening_MMS 7_3-24-21 |
| 147K | | | | | Instant Messages with AV1_threatening_MMS 8_3-24-21 |
| 147L | | | | | Instant Messages with AV1_threatening_MMS 9_3-24-21 |
| 147M | | | | | Instant Messages with AV1_threatening_MMS 10_3-24-21 |
| 148 | | | | ✓ | Instant Messages with AV2 (White Girl)_4-10-21 to 4-13-21 |
| 149 | | | | | Instant Messages with Brian Spaeth_4-11-21 to 4-12-21 |
| 150 | | | | | Instant Messages with Madison_2-10-21 to 2-23-21 |
| 151 | | | | | Instant Messages with Mami_attempted recruitment_4-11-21 |
| 152 | | | | | Instant Messages with Thick Good Hope_attempted recruitment_photo of Jacobs_4-11-21 |
| 153 | | | | | Instant Messages_Jacobs sends videos to self_metadata |
| 154 | | | | ✓ | Photo of JV1_Bel Aire Cantina Brookfield with metadata |

| # | | | | ✓ | Description |
|---|---|---|---|---|---|
| 155 | | | | ✓ | Photo of JV1_bra and shorts with metadata |
| 156 | | | | | Photo of scotch and cash_3-8-21 |
| 157 | | | | | Screenshot of Texts with AV1_pulled up at best friend house with another girl_1-13-21 |
| 158 | | | | | Screenshots of AV1 STG ad_1-22-21 |
| 159 | | | | ✓ | TextNow_-2449_spooked by Jacobs at Best Western_4-30-21 |
| 160 | | | | | TextNow_-8558_pinky photo_Megan known for ripping people off_4-26-21 |
| 161 | | | | ✓ | TextNow_Ol School_y'all time up boss_4-10-21 |
| 162 | | | | | Video_Guy in Red Jacket at gas station_4-10-21 |
| 163 | | | | ✓ | Video_Jacobs Driving with Unc and Red_4-12-21 |
| 164 | | | | | Video_Red Asleep at Gas Station_4-10-21 |
| 165 | | | | | Voicemail from Nick Wintergerst_4-11-21 |
| 166 | | | | | Voicemail from Nick Wintergerst_4-13-21 |

**J. MISCELLANEOUS**

| # | | | | ✓ | Description |
|---|---|---|---|---|---|
| 167 | | | | ✓ | Jacobs Pro Se Letter 3-21-24 (ECF 106) |
| 168 | | | | | Photo of Some Contents of Notebook Recovered 5-11-21 |
| 169 | | | | | Letter to Jaida Pond_typed_8-2-22 |
| 170 | | | | | Jacobs Jail Call_Ozaukee_3-30-24 |
| 171 | | | | ✓ | Jacobs Pro Se Letter to Court_12-12-23 |

| GOVERNMENT'S WITNESS LIST |
| --- |
| AV-1 |
| AV-2 |
| JV-1 |
| AV-3 |
| AV-4 |
| James Michalski |
| Special Agent Melissa Fus, Wisconsin Division of Criminal Investigations |
| Special Agent Hanns Freidel, Wisconsin Division of Criminal Investigations |
| |
| |
| |
| **DEFENSE WITNESS LIST** |
| Montae Jacobs |
| Regina Smith |
| Montia Jacobs |
| Albert Moore, Jr. |