U.S. District Court
Wisconsin Eastern
AUG 1 9 2024
FILED
Clerk of Court

Honorable Judge Adelman

I know your busy, and recieve many Letters I want To Tell you a little about Montae Jacobs I know little about my Grandson Case, He just Turn 34 yrs old. These are The best years To be productive to be who you want to be. Dream-Hard work-harder My Grandson wanted so much to be entreperneur interested in economic Ventures, Business courses. My Grandson is not a bad person, Maybe bad decision, he's respectful, I've Never in my life heard curse word come out of his mouth nor ask for much. he was raise by a single parent (Mother) No father with his mother work and going to College taking care of Two Children it's a hard Stuggle. I would say Montae needed a Father Figure in his life, Seeing other Childeen with There fathers, it so Sad. his mother and sister are licensed registered Nures's

I see The Difference and Sister and mother his Sister has Two Boys and has a father That Does outing with he's Sons. Some way Down The way Montae got Lost, now my Turn yes I was adopted my life was not easy my Grandkids call me Grannie Pat Montae is The Oldest your honor I'm a Christian, Retired My Church Lutheran Memorial I Volunteer and Now Do custodian at M.A.T.C. part time 73 yrs old Soon to be 74 Montae can do better ~~can do better~~ and All Things are possible I'm a True Believer in God in I feel it. in my heart and as I Sit here writing This Montae do to. I know your honor he can prove, he can an will Turn his life around. your honor I'm asking, in deep with in me I'm praying That you have mercy on The day you sentencing him. "People can change"
    Believe in GOD and yourself
    All Things is possible
Thank you so much for reading my letter
"GOD Bless Us All"

Patricia Smith
306 W Brooks St #436
Madison, Wisconsin
53715

MILWAUKEE WI 530
17 AUG 2024 PM 2 L



Judge Adelman
Wisconsin Eastern District
Court House
517 E Wisconsin Avenue
Milwaukee, Wisconsin 53202

53202-450099